IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SEAN C. SMITH | § | CIVIL ACTION NO. |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF SULPHUR | § | JURY DEMANDED HEREIN |

## VERIFICATION

STATE OF LOUISIANA

PARISH OF CALCASIEU

BEFORE ME, the undersigned Notary, personally came and appeared

**SEAN C. SMITH**
*Resident of Lake Charles, Louisiana*

Who, being first duly sworn, did depose and state, based on his personal knowledge:

1. That he is named Plaintiff in the above-captioned cause of action;

2. That he has read the foregoing Complaint and that the allegations contained therein are true and correct to the best of his information, knowledge, and belief.

_____
SEAN C. SMITH

THUS DONE AND SIGNED, before me, a Notary Public, this 27th day of January, 2022 at my office in Lake Charles, Louisiana.

_____
NOTARY PUBLIC # 156863