UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

SEAN C SMITH                                        CIVIL ACTION NO.  2:22-CV-00244

VERSUS                                                  JUDGE TERRY A. DOUGHTY

THE CITY OF SULPHUR                          MAGISTRATE JUDGE KAY

## 60 DAY JUDGMENT OF DISMISSAL

Upon notice that the above captioned suit has settled,

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby

dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to

reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate

judgment of dismissal as soon as the settlement documents are executed.  If no motion is

filed to reopen, the case is officially closed and the Clerk of Court shall be relieved from

the responsibility of sending out further notice in this matter.

**THUS DONE AND SIGNED** in Chambers this 22nd day of February, 2023.


_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE