UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| SEAN C. SMITH | CIVIL ACTION: 2:22-CV-00244 |
| V. | JUDGE JAMES D. CAIN, JR. |
| THE CITY OF SULPHUR | MAG. JUDGE KATHLEEN KAY |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, SEAN C. SMITH, and Defendant, The City of Sulphur, who suggests to this Honorable Court that they desire to dismiss all claims asserted against Defendant, THE CITY OF SULPHUR, with prejudice, with each party to bear their own costs.

WHEREFORE, Plaintiff, SEAN C. SMITH, and Defendant, The City of Sulphur, pray that all claims against defendant, THE CITY OF SULPHUR, in this matter be dismissed, with prejudice, with each party to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Kourtney Kech | /s/Jason T. Reed |
| JAMES E. SUDDUTH, III (#35340) | JASON T. REED (# 28733) |
| KOURTNEY L. KECH (#37745) | NeunerPate |
| SUDDUTH & ASSOCIATES, LLC | One Petroleum Center, Suite 200 |
| 1109 Pithon Street | 1001 West Pinhook Road (zip 70503) |
| Lake Charles, LA 70601 | Post Office Drawer 52828 |
| Tel: (337) 480-0101 | Lafayette, LA  70505-2828 |
| Fax: (337) 419-0507 | Phone: (337) 237-7000 |
| Email: james@saa.legal | Fax: (337) 233-9450 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ☐ | Hand delivery | ☐ | Prepaid U. S. Mail |
| ☒ | Facsimile/Electronic Mail | ☐ | Federal Express |
| ☐ | Certified Mail/Return Receipt Requested | ☐ | CM/ECF |

Lafayette, Louisiana, this 17th day of March 2023.

                                                   /s/Jason T. Reed
                                                    COUNSEL