**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **SEAN C SMITH** | **CASE NO. 2:22-CV-00244** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **THE CITY OF SULPHUR** | **MAGISTRATE JUDGE KAY** |

**JUDGMENT OF DISMISSAL**

Considering the foregoing Joint Motion to Dismiss with Prejudice [Doc. No. 11],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**. Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

MONORE, LOUISIANA, this 20th day of March 2023.

_____
Terry A. Doughty
United States District Judge